IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Jose Tinajero, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| -vs- | ) | No. 24-cv-1598 |
| | ) | |
| City of Chicago, et al. | ) | *(Judge Kness)* |
| | ) | |
| *Defendants.* | ) | |

# ORDER

Plaintiff's Unopposed Motion to Appoint Special Representatives pursuant to 735 ILCS 5/13-209(b)(2) for Deceased Defendants Ernest Halvorsen, Joseph Mohan and Francis Cappitelli is granted. Geri Lynn Yanow is appointed as special representative for Defendant Ernest Halvorsen, deceased. Geri Lynn Yanow is appointed as special representative for Defendant Joseph Mohan, deceased. Kevin Rogers is appointed as special representative for Defendant Francis Cappitelli, deceased. Plaintiff is granted leave to file the proposed amended complaint naming the special representatives as defendants.

Plaintiff states in the motion that he will not seek punitive damages from the Deceased Defendants' heirs, successors or assigns, or their Special Representatives. Defendants state in the motion that by not opposing the motion, the City of Chicago, the currently named Defendants, and the Special Representatives hereby appointed in this Order do not forgo or waive any defenses and

-2-

reserve the right to assert any defenses and pursue any dispositive motions, post-judgment motions, and any appeals in this matter.

Dated: 5/31/2024

_____
John F. Kness
United States District Judge