IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Jose Tinajero, | ) | |
| | ) | |
| *Plaintiff,* | ) | No. 24-cv-1598 |
| | ) | |
| -vs- | ) | *(Judge Alexakis)* |
| | ) | |
| City of Chicago, et al., | ) | *(Magistrate Judge McNally)* |
| | ) | |
| *Defendants.* | ) | |

# NOTICE OF SERVICE

I hereby certify that on March 14, 2025, I served a copy of plaintiff's Motion to Compel Production of Employment Reviews of Defendant Rubinstein, ECF No. 118, on non-party Cook County State's Attorney's Office by email to Assistant State's Attorney David Adelman, David.Adelman@cookcountysao.org.

Respectfully Submitted,

/s/ Joel A. Flaxman

Joel A. Flaxman
ARDC No. 6292818
Kenneth N. Flaxman
200 S Michigan Ave Ste 201
Chicago, IL 60604-2430
(312) 427-3200
*Attorneys for Plaintiff*